Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK ANTHONY PRICE, | Case No.: 2:25-cv-00676-JCM-DJA |
| Plaintiff, | |
| v. | |
| SYNCHRONY BANK, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, | **STIPULATION AND ORDER OF DISMISSAL OF SYNCHRONY BANK WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Mark Anthony Price ("Plaintiff") and Defendant, Synchrony Bank ("Synchrony") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Synchrony bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 2, 2026

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: February 2, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Anona Su, Esq.
Nevada Bar No. 16140
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Chris.Jorgensen@wbd-us.com
Anona.su@wbd-us.com
***Attorneys for Synchrony Bank***

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Synchrony are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 20, 2026
_____

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408